PETER W. SALTZMAN, Cal. Bar No. 169698
ELEANOR MORTON, Cal. Bar No. 220407
LEONARD CARDER LLP
1188 Franklin Street, Suite 201
San Francisco, California 94109
Telephone:   415/771-6400
Facsimile:   415/771-7010

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES LOCAL 2, <br><br> Plaintiff, <br><br> v. <br><br> VISTA INNS MANAGEMENT CO., et al., <br><br> Defendants. | Case No. C 04-02388 MHP <br><br> Action Filed: June 16, 2004 <br><br> STIPULATION AND [Proposed] ORDER FOR DISMISSAL WITH PREJUDICE <br><br> Ctrm.:      15 <br> Judge:      Hon. Marilyn Hall Patel <br> Trial Date:   Not set |

IT HEREBY IS STIPULATED by and among the parties to the above-captioned action, through their respective counsel of record, and the parties respectfully request that the Court enter its Order, as follows:

1.    Pursuant to an agreement recited on the record in this action after a settlement conference supervised by the Court, which agreement was later memorialized in a more detailed writing, this action hereby is DISMISSED WITH PREJUDICE in its entirety.

2.    The parties each shall bear their own attorneys' fees and costs in connection with the above-captioned action and its settlement.  Each party waives any right to such fees or costs under any otherwise applicable contract or local, state or federal statute, if any.

3.    The Court retains jurisdiction to interpret and enforce the parties' agreement

settling this action.

Dated: October 17, 2005.

LEONARD CARDER LLP

By: _____
Eleanor Morton
Attorneys for Plaintiff HOTEL EMPLOYEES
& RESTAURANT EMPLOYEES LOCAL 2

Dated: ~~October~~ Nov 8, 2005.

FLICKER & KERIN

HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation

By: _____
Bernard A. Burk
Attorneys for Defendant ROBERT
SCHONFELD

Dated:   October ___, 2005.

BALLARD ROSENBERG GOLPER & SAVITT

By: _____
Steven R. Lueke
Attorneys for Defendants VISTA INNS
MANAGEMENT CO. and RPD
VAGABOND ASSOCIATES A LLC

Dated:   October ___, 2005.

ROSENQUEST & ASSOCIATES

By: _____
Nils Rosenquest
Attorneys for Defendant CHARLES
SCHONFELD

Dated: October ___, 2005.

REDIGER, McHUGH & HUBBERT, LLP

By: _____
Robert Rediger
Attorneys for Defendant HERITAGE
MARINA HOTEL LLC

## ORDER

Good cause appearing, IT IS SO ORDERED.

Dated: ~~October ___, 2005.~~
11/10/2005

HON. MARILYN
United States

Judge Marilyn H. Patel

settling this action.

Dated:  October ___, 2005.

LEONARD CARDER LLP

By: _____
Eleanor Morton
Attorneys for Plaintiff HOTEL EMPLOYEES
& RESTAURANT EMPLOYEES LOCAL 2

Dated:  October ___, 2005.

FLICKER & KERIN

HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation

By: _____
Bernard A. Burk
Attorneys for Defendant ROBERT
SCHONFELD

Dated:  October 31, 2005.

BALLARD ROSENBERG GOLPER & SAVITT

By: _____
Steven R. Lueke
Attorneys for Defendants VISTA INNS
MANAGEMENT CO. and RPD
VAGABOND ASSOCIATES A LLC

Dated:  October ___, 2005.

ROSENQUEST & ASSOCIATES

By: _____
Nils Rosenquest
Attorneys for Defendant CHARLES
SCHONFELD

Dated:  October ___, 2005.

REDIGER, McHUGH & HUBBERT, LLP

By: _____
Robert Rediger
Attorneys for Defendant HERITAGE
MARINA HOTEL LLC

## **ORDER**

Good cause appearing, IT IS SO ORDERED.

Dated:  October ___, 2005.

_____
HON. MARILYN HALL PATEL
United States District Judge

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE     C 04-02388 MHP
2

1  settling this action.

2  Dated:  October __, 2005.

3                                                    LEONARD CARDER LLP

4                                                    By: _____
5                                                              Eleanor Morton
                                                      Attorneys for Plaintiff HOTEL EMPLOYEES
                                                      & RESTAURANT EMPLOYEES LOCAL 2
6  Dated:  October __, 2005.

7                                                    FLICKER & KERIN

8                                                    HOWARD RICE NEMEROVSKI CANADY
                                                           FALK & RABKIN
9                                                    A Professional Corporation

10                                                   By: _____
                                                              Bernard A. Burk
11                                                   Attorneys for Defendant ROBERT
                                                      SCHONFELD
12  Dated:  October __, 2005.

                                                      BALLARD ROSENBERG GOLPER & SAVITT
13
                                                      By: _____
14                                                            Steven R. Lueke
                                                      Attorneys for Defendants VISTA INNS
15                                                   MANAGEMENT CO. and RPD
                                                      VAGABOND ASSOCIATES A LLC
16  Dated:  October 31, 2005.

17                                                   ROSENQUEST & ASSOCIATES

18                                                   By: _/s/ Nils Rosenquest_____
                                                              Nils Rosenquest
19                                                   Attorneys for Defendant CHARLES
                                                      SCHONFELD
20  Dated:  October __, 2005.

                                                      REDIGER, McHUGH & HUBBERT, LLP
21
                                                      By: _____
22                                                            Robert Rediger
                                                      Attorneys for Defendant HERITAGE
23                                                   MARINA HOTEL LLC

                                                      **ORDER**
24
         Good cause appearing, IT IS SO ORDERED.
25
26  Dated:  October __, 2005.

27                                                   _____
                                                      HON. MARILYN HALL PATEL
28                                                   United States District Judge

settling this action.

Dated:  October __, 2005.

LEONARD CARDER LLP

By: _____
           Eleanor Morton
Attorneys for Plaintiff HOTEL EMPLOYEES
& RESTAURANT EMPLOYEES LOCAL 2

Dated:  October __, 2005.

FLICKER & KERIN

HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
A Professional Corporation

By: _____
           Bernard A. Burk
Attorneys for Defendant ROBERT
SCHONFELD

Dated:   October __, 2005.

BALLARD ROSENBERG GOLPER & SAVITT

By: _____
           Steven R. Lueke
Attorneys for Defendants VISTA INNS
MANAGEMENT CO. and RPD
VAGABOND ASSOCIATES A LLC

Dated:   October __, 2005.

ROSENQUEST & ASSOCIATES

By: _____
           Nils Rosenquest
Attorneys for Defendant CHARLES
SCHONFELD

Dated:  October /__, 2005.

REDIGER, McHUGH & HUBBERT, LLP

By: _____
           Robert Rediger
Attorneys for Defendant HERITAGE
MARINA HOTEL LLC

## ORDER

Good cause appearing, IT IS SO ORDERED.

Dated:  October __, 2005.

_____
HON. MARILYN HALL PATEL
United States District Judge